ORIGINAL

FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

_____

CHUCK SEIBERT and
CHRISTINE SEIBERT,

Plaintiffs,

v.

GREG JONER and
KIMBERLY JONER,
d/b/a COUNTRY ROAD BUILDERS,

Defendants.

**ORDER**

FILED

NOV 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Pursuant to M. R. App. P. 20, Christine Seibert, representing herself, has petitioned this Court for rehearing of its denial of her motion to disqualify the Honorable John Mercer from presiding in Cause No. DV-21-01 in the Twentieth Judicial District Court, Sanders County, pursuant to § 3-1-805, MCA.

A petition for rehearing will be considered only on grounds that the Court overlooked some fact material to the decision or some question presented that would have proven decisive to the case, or that the Court's decision conflicts with a statute or controlling decision that was not addressed. M. R. App. P. 20(1)(a). None of those circumstances are presented here. Furthermore, although Seibert alleges that Judge Mercer has disqualified or recused himself from this matter—which would render Seibert's petition moot—we confirmed with the Clerk of Sanders County District Court that this matter remains assigned to Judge Mercer.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Sanders County for notification to all parties in Cause No. DV-21-01 and to the Honorable John Mercer.

DATED this 26 day of November, 2024.

For the Court,

By _____
Chief Justice

2